**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Bridge Information Systems, Inc., | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | No. 4:08-CV-882 CAS |
| | ) | |
| Merisel Americas, Inc. and | ) | |
| MOCA | ) | |
| | ) | |
| Appellant(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Scott P. Petlz | ) | |
| | ) | |
| Appellee(s). | ) | |

**ORDER**

This matter is before the Court on appellants' second motion for an extension of time to file and serve their initial brief. In their motion, appellants state that the parties were unable to settle this litigation, and need additional time to prepare their initial brief. Appellants seek an order extending the deadline for filing their initial brief to October 27, 2008. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that appellants' second motion for an extension of time under the Court's case management order to file and serve their initial brief is **GRANTED**. [Doc. 9]

**IT IS FURTHER ORDERED** that appellants shall serve and file their initial brief by October 27, 2008.

**IT IS FURTHER ORDERED** that except as modified herein, the provisions of the Case Management Order issued **June 23, 2008** remain in full force and effect.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 4th day of September, 2008.